Michelle White #16985
Stephen H.M. Bloch #7813
SOUTHERN UTAH WILDERNESS ALLIANCE
425 E 100 S
Salt Lake City, UT 84111
801-486-3161
michellew@suwa.org
steve@suwa.org

Attorneys for Intervenor-Defendants
Southern Utah Wilderness Alliance *et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CARBON COUNTY, UTAH, a political subdivision; and STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*,<br><br>Intervenor-Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br><br>Case No. 2:11-cv-01043-CW<br>(consolidated with 2:12-cv-00427-DB)<br>Judge: Honorable Clark Waddoups |

Notice is hereby given of the entry of the undersigned as counsel for Intervenor-Defendants Southern Utah Wilderness Alliance, the Sierra Club, The Wilderness Society, and the Grand Canyon Trust in the above-captioned action. Pursuant to Fed. R. Civ. P. 5, all further

notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon:

>Michelle White
>michellew@suwa.org
>Southern Utah Wilderness Alliance
>425 East 100 South
>Salt Lake City, UT 84111

DATED: November 28, 2018

/s/ Michelle White