FELICE JOHN VITI, Acting United States Attorney (7007)
MELINA SHIRALDI, Assistant United States Attorney (13110)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
melina.shiraldi@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| CARBON COUNTY (1),<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | **WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:11-cv-01043-CW<br><br>Judge Clark Waddoups |

  PLEASE TAKE NOTICE that Assistant United States Attorney Melina Shiraldi is hereby withdrawn as counsel for the United States of America in the above-entitled case. Under rule DUCivR 83-1.3, Joseph H. Kim, Trial Attorney for the United States, will continue to represent the Defendant. Mr. Kim is aware of and intends to comply with all existing deadlines in this action.

  Dated this 30th day of April, 2025.

                  FELICE JOHN VITI
                  Acting United States Attorney

                  */s/ Melina Shiraldi*
                  MELINA SHIRALDI
                  Assistant United States Attorney