Hanna Larsen (Utah #18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Tele: (801) 486-3161
hanna@suwa.org

*Attorney for Plaintiff*
*Southern Utah Wilderness Alliance et al.*

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CARBON COUNTY, UTAH, a political subdivision, and the STATE OF UTAH,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*,<br><br>        Defendant-Intervenor. | Case No. 2:11-cv-0143-CW (consolidated with 2:12-cv-00427-DB)<br><br>District Judge Clark Waddoups<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Notice is hereby given of the entry of the undersigned as counsel for Plaintiffs Southern Utah Wilderness Alliance, the Sierra Club, The Wilderness Society, and the Grand Canyon Trust in the above-titled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon:

Hanna Larsen
hanna@suwa.org
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111


DATED:        July 1, 2025

Respectfully submitted,

*/s/ Hanna Larsen*
Hanna Larsen

## **CERTIFICATE OF SERVICE**

I certify that on July 1, 2025, I served a copy of the foregoing Notice of Appearance of

Counsel via the Court's CM/ECF System, which will serve all counsel of record.


*/s/ Hanna Larsen*
Hanna Larsen