Michelle White #16985
Stephen H.M. Bloch #7813
SOUTHERN UTAH WILDERNESS ALLIANCE
425 E 100 S
Salt Lake City, UT 84111
801-486-3161
michellew@suwa.org
steve@suwa.org

Attorneys for Intervenor-Defendants
Southern Utah Wilderness Alliance *et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CARBON COUNTY, UTAH, a political subdivision; and STATE OF UTAH,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*,<br><br>　　　　Intervenor-Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br><br>Case No. 2:11-cv-01043-CW (consolidated with 2:12-cv-00427-DB) Judge: Honorable Clark Waddoups |

To the Court, all Parties and their attorneys of record:

　　　　Please take Notice that Michelle White, of the Southern Utah Wilderness Alliance, hereby

withdraws as counsel of record for Intervenor-Defendants the Southern Utah Wilderness Alliance,

*et al.* in the above-referenced matter. All other counsel of record for Intervenor-Defendants will

continue to appear as counsel in this matter and are aware of pending deadlines.

Dated this 3rd of July, 2025.

*/s/ Michelle White*
Michelle White